**Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00929-CV

## ROBERTO MEDRANO, ET AL, Appellants

### V.

## INVUM THREE LLC, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1138581**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed August 28, 2019. The notice of appeal was filed November 18, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On December 30, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P.

37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.